# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 150TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on June 3, 2015, the cause upon appeal to revise or reverse your judgment between

Cearth Faire, Appellant

V.

FMP SA Management Group, LLC d/b/a Food Management Partners, LLC, All Jones, LLC, Allen J. Jones, Individually, Peter Donbavand, Individually, Peter Donbavand, Individually, and Jason Kemp, Individually, Appellee

No. 04-15-00315-CV and Tr. Ct. No. 2014-CI-16674

was determined, and therein our said Court of Appeals made its order in these words:

**Petitioner Cearth Faire's petition for permission for leave to file an interlocutory appeal is DENIED. Appellees' motion to dismiss Faire's petition is MOOT. Appellees' motion for sanctions is DENIED.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 13, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00315-CV

**Cearth Faire**

**v.**

**FMP SA Management Group, LLC d/b/a Food Management Partners, LLC, All Jones, LLC, Allen J. Jones, Individually, Peter Donbavand, Individually, Peter Donbavand, Individually, and Jason Kemp, Individually**

(NO. 2014-CI-16674 IN 150TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | KIMBERLY S KELLER |
| MOTION FEE | $10.00 | E-PAID | KIM KELLER |
| FILING | $100.00 | E-PAID | JEFF SMALL |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | JEFF SMALL |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | JEFF SMALL |
| INDIGENT | $25.00 | E-PAID | JEFF SMALL |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this August 13, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853